**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-1315**

———————

THEODORE JUSTICE,

Plaintiff – Appellant,

v.

THE STATE OF NORTH CAROLINA; FRANKLIN COUNTY; TOWN OF LOUISBURG; ROBERT H. HOBGOOD, Honorable Chief Judge,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Robert Boyd Jones, Jr., Magistrate Judge.  (5:15-cv-00046-F)

———————

Submitted: May 19, 2015                    Decided: May 21, 2015

———————

Before NIEMEYER and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Theodore Justice, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Theodore Justice seeks to appeal the magistrate judge's order denying leave to proceed in forma pauperis.[*] This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Justice seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. See 28 U.S.C. § 636(b)(1) (2012); Fed. R. Civ. P. 72(a). Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

---

[*] We note that Justice filed objections to the magistrate judge's determination that are pending in the district court.